FILED
07 OCT 11
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. '07 MJ 2434 |
| v. | COMPLAINT FOR VIOLATION OF |
| DAVID TRUNG NGUYEN, aka Frosty, | 21 U.S.C. 841(a)(1) – Possession with Intent to Distribute Methamphetamine; 18 USC 924(c) – Carrying a Firearm During and in Relation to a Drug Trafficking Crime |
| Defendant. | |

The complainant being duly sworn states that:

### Count 1

On or about October 6, 2007, in the Southern District of California, defendant DAVID TRUNG NGUYEN, aka Frosty, knowingly possessed with intent to distribute 50 grams and more of a mixture and substance containing a detectable amount of methamphetamine, in violation of Title 21, United States Code, Section 841(a)(1).

### Count 2

On or about October 6, 2007, in the Southern District of California, defendant DAVID TRUNG NGUYEN, aka Frosty, during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, namely, possession with intent to distribute methamphetamine, the crime charged in Count 1 of this complaint, knowingly carried a firearm, in violation of Title 18, United States Code, Section 924(c)(1).

This complaint is based on the attached statement, incorporated herein.

_____
STEVE Y. KIM, Special Agent
Federal Bureau of Investigation

SUBSCRIBED and SWORN to before me on October 11, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

2

## STATEMENT OF FACTS

1.   I am a special agent with the Federal Bureau of Investigation and have been so employed for about 10 years. I am currently assigned to the San Diego field division and detailed to the San Diego Violent Crimes Task Force. The following is based on my own investigation and a review of reports by the San Diego Police Department.

2.   On 10/6/07, at about 9:25 pm, a San Diego police officer in plain clothes saw a silver pickup truck in the driveway of 7002 Mohawk Street, San Diego, California. A male later identified as David Nguyen exited the Mohawk residence, entered the truck, and drove away. The officer followed and saw Nguyen driving fast and erratically and straddling multiple lanes. The officer called for assistance. A marked unit stopped Nguyen, the sole occupant, on Friars Road in San Diego.

3.   Upon contact, the uniformed officer saw that Nguyen's carotid artery was pulsing rapidly, his pupils were dilated, his tongue was white and filmy, and he was sweating heavily on his forehead. The officer suspected that Nguyen was under the influence of a controlled substance and directed him to exit the vehicle for further evaluation. Nguyen refused to cooperate and was arrested.

4.   Upon searching the truck, the officer found a hidden compartment in the mid-console. Inside, the officer found a loaded .22 caliber handgun, several bags containing a total of about 110 grams of methamphetamine, several empty plastic bags, a digital scale, a switchblade knife, and about $800 in U.S. currency. Also inside the car the officer found paperwork bearing Nguyen's name, three cell phones including an Apple iPhone, and a notebook that bore Nguyen's name and Tiny Oriental Crips graffiti. The vehicle was registered to Nguyen.

5.   Based in part on the information above, officers obtained and served a search warrant at 7002 Mohawk Street. One bedroom was locked. Officers forced open the bedroom door. No one was inside the room. The room contained a closet that was also locked. Officers pried open the closet door and found, among other things, two handguns, an AR-15 assault rifle, ammunition and magazines, a large digital scale, about 295 grams of methamphetamine, and over $6,000 in U.S. currency. Brass knuckles and a cattle prod were found elsewhere in the room.

6.   A mirror in the bedroom had "TOC frost" written on it in large letters. Law enforcement records indicate that Nguyen is a documented associate of the Tiny Oriental Crips. His moniker is "Frosty." In addition, keys taken from Nguyen at his arrest opened the locked bedroom and closet doors. An empty box for an Apple iPhone was found in the room.