**VIKAS BAJAJ**
Law Office of Vikas Bajaj
225 Broadway, Suite 2200
San Diego, California  92101
Phone: (619) 525-7005
Facsimile: (619) 232-0001
California State Bar Number 216464

Attorney for Defendant:
**DAVID TRUNG NGUYEN**

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,                              ) | Case Number:     07 MJ 2434 |
|                                             ) | **APPEARANCE OF DEFENSE** |
|            Plaintiff                        ) | **COUNSEL** |
|                                             ) | |
| **v.**                                      ) | |
|                                             ) | |
|                                             ) | |
| **DAVID TRUNG NGUYEN,**                     ) | |
|                                             ) | |
|            Defendant                        ) | |
|                                             ) | |

COMES NOW, VIKAS BAJAJ, as counsel on behalf of Defendant DAVID TRUNG NGUYEN, in the above-referenced case and cause.

DATE:_____10/15/07_____            _/s/_  Vikas Bajaj_____
                                          **VIKAS BAJAJ**
                                          Attorney for Defendant
                                          **DAVID TRUNG NGUYEN**

1