FILED
OCT 18 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 07MJ2434 |
|---|---|
| v. | ) FINDINGS OF FACT AND ORDER RE<br>) STIPULATION TO DETENTION PENDING<br>) TRIAL |
| DAVID TRUNG NGUYEN,<br>  aka Frosty, | ) |
| Defendant | ) |

In accordance with 18 U.S.C. § 3142(f), a hearing was held on October 18, 2007, to determine whether defendant David Trung Nguyen, aka Frosty, should be admitted to bail or held in custody without bail pending trial and, if convicted, sentencing in this matter. Assistant United States Attorney Peter Ko appeared for the United States. Vikas Bajaj appeared for Nguyen.

At the hearing, Nguyen knowingly and voluntarily waived all rights to the setting of bail and the detention hearing. Based on that waiver, the court orders Nguyen detained pending trial and, if convicted, sentencing, without prejudice or waiver of Nguyen's right to later apply for bail and conditions of release.

**ORDER**

IT IS ORDERED that Nguyen shall be detained pending trial and, if convicted, sentencing in this case.

IT IS FURTHER ORDERED that Nguyen shall be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in

1  custody pending appeal. Nguyen shall be afforded reasonable opportunity for private
2  consultation with counsel.
3      While in custody, upon order of a court of the United States or upon request of an
4  attorney for the United States, the person in charge of the correctional facility shall deliver
5  Nguyen to the United States Marshal for appearances in connection with court proceedings or
6  any other appearances stipulated to by defense and government counsel.
7      This order is entered without prejudice to Nguyen's exercise of the right to bail and a
8  detention hearing at a future date.
9  DATED: October 18, 2007.

WILLIAM McCURINE, JR.
United States Magistrate Judge

PREPARED BY:

PETER KO
Assistant U.S. Attorney