FILED

07 NOV -8 PM 12: 04

DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury '07 CR 3040 LAB

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>DAVID TRUNG NGUYEN,<br>　aka Frosty,<br><br>　　　　　　Defendant. | ) Criminal Case No. _____<br>)<br>) I N D I C T M E N T<br>)<br>) Title 21, U.S.C., Sec. 841(a)(1) -<br>) Possession of Methamphetamine with<br>) Intent to Distribute;<br>) Title 18, U.S.C., Sec. 924(c)(1) -<br>) Carrying a Firearm During and in<br>) Relation to a Drug Trafficking<br>) Crime; Title 18, U.S.C.,<br>) Secs. 922(g)(1) and 924(a)(2) -<br>) Felon in Possession of Firearms;<br>) Title 18, U.S.C., Sec. 924(d), and<br>) Title 28, U.S.C., Sec. 2461(c) -<br>) Criminal Forfeiture |

The grand jury charges:

Count 1

On or about October 6, 2007, within the Southern District of California, defendant DAVID TRUNG NGUYEN, aka Frosty, did knowingly and intentionally possess, with intent to distribute, 50 grams and more, to wit: approximately 110 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

//

PGK:em:San Diego
11/7/07

## Count 2

On or about October 6, 2007, within the Southern District of California, defendant DAVID TRUNG NGUYEN, aka Frosty, during and in relation to a drug trafficking crime for which the defendant may be prosecuted in a court of the United States, namely, possession with intent to distribute methamphetamine, the crime charged in Count 1 of this Indictment, did knowingly carry a firearm, that is, a Jennings .22 caliber semi-automatic handgun, serial number 271710; all in violation of Title 18, United States Code, Section 924(c)(1).

## Count 3

On or about October 6, 2007, within the Southern District of California, defendant DAVID TRUNG NGUYEN, aka Frosty, did knowingly and intentionally possess, with intent to distribute, 50 grams and more, to wit: approximately 295 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

## Count 4

On or about October 6, 2007, within the Southern District of California, defendant DAVID TRUNG NGUYEN, aka Frosty, being a person who had previously been convicted in a court, that is, the Superior Court of California, County of San Diego, of a crime punishable by imprisonment for a term exceeding one year, that is, taking a vehicle without the owner's consent in violation of California Vehicle Code 10851(a) and failure to appear in violation of California Penal Code 1320(b), did knowingly and unlawfully possess in and affecting commerce firearms, that is, a Lorcin .380 caliber semi-automatic

handgun, serial number 239573; and a .223 caliber AR-15 assault rifle, serial number 35761; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE ALLEGATION

The allegations contained in Counts 2 and 4 are realleged and by reference are fully incorporated herein to allege forfeiture to the United States of America pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

Upon conviction of the offenses alleged in Counts 2 and 4, knowing violations of Title 18, United States Code, Sections 922(g) and 924, defendant shall forfeit to the United States all firearms and ammunition involved or used in the offense, including, but not limited to, the firearms alleged in Counts 2 and 4.
All pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

DATED: November 8, 2007.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
PETER KO
Assistant U.S. Attorney

3