**VIKAS BAJAJ**
Law Office of Vikas Bajaj
225 Broadway, Suite 2200
San Diego, California  92101
Phone: (619) 525-7005
Facsimile: (619) 232-0001
Email: vbajaj@bajajlaw.com
California State Bar Number 216464

Attorney for Defendant:
**DAVID TRUNG NGUYEN**

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### (HONORABLE LARRY A. BURNS)

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br> Plaintiff <br><br> v. <br><br> **DAVID TRUNG NGUYEN** <br> Defendant | **Case No.: 07CR03040-LAB** <br><br> **NOTICE OF MOTION FOR DISCOVERY** <br><br> Date:  December 17, 2007 <br> Time:  2:00 p.m. |

**TO: KAREN P. HEWITT; UNITED STATES ATTORNEY AND PETER GREGORY KO, ASSISTANT UNITED STATES ATTORNEY**:

PLEASE TAKE NOTICE that on December 17, 2007, or as soon thereafter as counsel may be heard, DAVID TRUNG NGUYEN by and through his counsel, VIKAS BAJAJ, will ask the Court to enter an order granting the motions listed below.

///

///

///

**MOTIONS**

The defendant, DAVID TRUNG NGUYEN, by and through his attorney, VIKAS BAJAJ, pursuant to Fifth, and Sixth Amendment to the United States Constitution, the Federal Rules of Criminal Procedure 12(b)(1), 12(b)(3), and 12(b)(4), and all other applicable statutes, case law and local rules, hereby moves this Court for an order to :

1. Compel discovery and preserve evidence;
2. Grant leave to file further motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, the attached exhibits , and any and all other materials that may come this Court's attention at the time of the hearing on these motions.

Respectfully submitted,

Date:   November 28, 2007

/s/
**VIKAS BAJAJ**
Attorney for Defendant
**DAVID TRUNG NGUYEN**