| | |
|---|---|
| 1 | KAREN P. HEWITT |
| | United States Attorney |
| 2 | PETER KO |
| | Assistant U.S. Attorney |
| 3 | California State Bar No. 191994 |
| | United States Attorney's Office |
| 4 | 880 Front Street, Room 6293 |
| | San Diego, California 92101-8893 |
| 5 | Tel.: (619) 557-6618 |
| | Fax: (619) 557-3445 |
| 6 | Email: peter.ko2@usdoj.gov |
| 7 | Attorneys for Plaintiff |
| | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07CR3040-LAB |
| ) | |
| Plaintiff, ) | |
| ) | NOTICE OF APPEARANCE |
| v. ) | |
| ) | |
| DAVID TRUNG NGUYEN, ) | |
| ) | |
| Defendant ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic

"U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

<u>Name</u>

None

Please call me if you have any questions about this notice.

DATED: Nov. 30, 2007

                                                  Respectfully submitted,

KAREN P. HEWITT
United States Attorney

s/Peter Ko
_____
PETER KO
Assistant United States Attorney
Attorneys for Plaintiff
United States of America
Email: peter.ko2@usdoj.gov

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 07CR3040-LAB |
|---|---|---|
| Plaintiff, | ) | |
| | ) | CERTIFICATE OF SERVICE |
| v. | ) | |
| DAVID TRUNG NGUYEN, | ) | |
| Defendant. | ) | |

IT IS HEREBY CERTIFIED THAT:

I, Peter Ko, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the attached Notice of Appearance on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1. Vikas Bajaj

I declare under penalty of perjury that the foregoing is true and correct.

Executed on Nov. 30, 2007.

s/ Peter Ko
PETER KO

3