**VIKAS BAJAJ**
Law Office of Vikas Bajaj
225 Broadway, Suite 2200
San Diego, California  92101
Phone: (619) 525-7005
Facsimile: (619) 232-0001
Email: vbajaj@bajajlaw.com
California State Bar Number 216464

Attorney for Defendant:
**DAVID TRUNG NGUYEN**

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### (HONORABLE LARRY A. BURNS)

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Case No.: 07CR03040-LAB |
| Plaintiff, | |
| v. | **JOINT MOTION TO CONTINUE THE SENTENCING HEARING** |
| **DAVID TRUNG NGUYEN** | |
| Defendant**.** | |

　　Good cause appearing therefore, **IT IS HEREBY AGREED BETWEEN THE PARTIES,** Vikas Bajaj, attorney for David Trung Nguyen, along with Assistant United States Attorney Peter Ko, that the sentencing hearing set for June 9, 2008 at 9:30 a.m. be rescheduled to July 7, 2008 at 9:30 a.m.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: June 3, 2008　　　　　　　　　　　/s/ Vikas Bajaj
　　　　　　　　　　　　　　　　　　　　　　　**VIKAS BAJAJ**
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　　**DAVID TRUNG NGUYEN**

Dated: June 3, 2008　　　　　　　　　　　/s/ Peter Ko
　　　　　　　　　　　　　　　　　　　　　　　**PETER KO**
　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney