1  **VIKAS BAJAJ**
Law Office of Vikas Bajaj
2  225 Broadway, Suite 2200
San Diego, California  92101
3  Phone: (619) 525-7005
Facsimile: (619) 232-0001
4  Email: vbajaj@bajajlaw.com
California State Bar Number 216464
5
Attorney for Defendant:
6  **DAVID TRUNG NGUYEN**

7
## UNITED STATES DISTRICT COURT
8
## SOUTHERN DISTRICT OF CALIFORNIA
9
## (HONORABLE LARRY A. BURNS)
10

| UNITED STATES OF AMERICA | Case No.: 07CR03040-LAB |
|---|---|
| Plaintiff, | |
| | |
| | **DECLARATION IN SUPPORT OF JOINT MOTION TO CONTINUE THE SENTENCING HEARING** |
| v. | |
| | Date:  June 9, 2006 |
| **DAVID TRUNG NGUYEN** | Time:  9:30 a.m. |
| Defendant. | |

I, VIKAS BAJAJ, declare as follows:

   1.   I am an attorney licensed to practice law in this court. I know the following to be true and, if called upon as a witness, I could and would testify competently thereto.

   2.   This office was retained by Mr. Nguyen's family in October 2007 to represent Mr. Nguyen on this case.

   3.   Mr. Nguyen was arrested on October 6, 2007 and placed in state custody. Mr. Nguyen was transferred to federal custody on or about October 12, 2007. Mr. Nguyen is currently in custody at Correction Corporation of America (CCA).

4. On or about January 17, 2008, Mr. Nguyen pled guilty to violating Count 1 [21 U.S.C. section 841(a)(1), Possession of Methamphetamine with Intent to Distribute] and Count 2 [18 U.S.C. section 924(c)(1), Carrying a Firearm During the Commission of a Drug Trafficking Offense].

5. Mr. Nguyen is facing significant custody; the terms of the Plea Agreement allow for a minimum custodial sentence of ten (10) years.

6. This counsel is awaiting a significant amount of mitigation material, including academic and employment records. Letters of support from friends, family, and others knowing Mr. Nguyen for considerable durations are expected as well.

7. This counsel has spoken with AUSA Peter Ko regarding this request. He agrees to a new and future hearing date of July 7, 2008.

8. A new and future sentencing hearing date of July 7, 2008 has been cleared with Ms. Tisha Washam, Court Clerk.

9. This counsel is unable to adequately represent Mr. Nguyen in this case if the requested continuance is not granted.

WHEREFORE, this counsel respectfully requests a continuance of the sentencing hearing to July 7, 2008.

I declare under penalty of perjury under the laws of the United States that the above is true and correct to the best of my knowledge, except as to those matters stated upon information and belief. As to those matters, I believe them to be true.

Executed this 3rd day of June, 2008 at San Diego, California.

/s/ Vikas Bajaj
**VIKAS BAJAJ**
Attorney for Defendant
**DAVID TRUNG NGUYEN**