UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DAVID TRUNG NGUYEN,<br><br>    Defendant. | Case No. 07cr3040-LAB<br><br>PRELIMINARY ORDER OF<br>CRIMINAL FORFEITURE |

WHEREAS, in the Indictment in the above-captioned case, the United States sought forfeiture of all right, title and interest in specific properties of the above-named Defendant pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) as property involved in the violation of 18 U.S.C. § 924(c)(1) as charged in the Indictment; and

WHEREAS, on or about January 17, 2008, the above-named Defendant, DAVID TRUNG NGUYEN ("Defendant"), pled guilty before Magistrate Judge William McCurine, Jr., to Counts 1 and 2 of the Indictment, and on June 9, 2008, this Court accepted the guilty plea of Defendant, which plea included consent to the criminal forfeiture allegation pursuant to Title 18 as set forth in Count 2 of the Indictment; and

WHEREAS, by virtue of the facts set forth in the plea agreement, the United States has established the requisite nexus between the forfeited properties and the offense; and

//

//

1  WHEREAS, by virtue of said guilty plea, the United States is now entitled to possession
2  of said properties, pursuant to 18 U.S.C. § 924(d) and Rule 32.2(b) of the Federal Rules of
3  Criminal Procedure; and
4  WHEREAS, pursuant to Rule 32.2(b)(3), the United States having requested the authority
5  to take custody of the following properties which were found forfeitable by the Court, namely:
6      One Jennings .22 caliber semi-automatic handgun, serial number 271710;
    One Lorcin .380 caliber semi-automatic handgun, serial number 239573;
7      One .223 caliber AR-15 assault rifle, serial number 35761;
    One .45 caliber semi-automatic handgun with no serial number (seized on October 6, 2007
8          from 7002 Mohawk Street, San Diego, California); and
    Miscellaneous ammunition (seized on October 6, 2007 from 7002 Mohawk Street,
9          San Diego California and a Toyota Tacoma with no license plates); and
10  WHEREAS, the United States, having submitted the Order herein to the Defendant through
11  his attorney of record, to review, and no objections having been received;
12  Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:
13      1.    Based upon the guilty plea of the Defendant, the United States is hereby authorized
14  to take custody and control of the following assets, and all right, title and interest of Defendant
15  DAVID TRUNG NGUYEN in the following properties are hereby forfeited to the United States
16  for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n):
17      One Jennings .22 caliber semi-automatic handgun, serial number 271710;
    One Lorcin .380 caliber semi-automatic handgun, serial number 239573;
18      One .223 caliber AR-15 assault rifle, serial number 35761;
    One .45 caliber semi-automatic handgun with no serial number (seized on October 6, 2007
19          from 7002 Mohawk Street, San Diego, California); and
    Miscellaneous ammunition (seized on October 6, 2007 from 7002 Mohawk Street,
20          San Diego California and a Toyota Tacoma with no license plates).
21      2.    The aforementioned forfeited assets are to be held by the United States Marshals
22  Service in its secure custody and control.
23      3.    Pursuant to Rule 32.2(b)and (c), the United States is hereby authorized to begin
24  proceedings consistent with any statutory requirements pertaining to ancillary hearings and rights
25  of third parties.
26      4.    Pursuant to 21 U.S.C. § 853(n), the United States forthwith shall publish, at least
27  once for three successive weeks in a newspaper of general circulation, notice of this Order, notice
28  of the Marshals Service's intent to dispose of the properties in such manner as the Attorney General

1  may direct, and notice that any person, other than the Defendant, having or claiming a legal interest
2  in the above-listed forfeited properties must file a petition with the Court within thirty (30) days
3  of the final publication of notice or of receipt of actual notice, whichever is earlier.

4      5.    This notice shall state that the petition shall be for a hearing to adjudicate the
5  validity of the petitioner's alleged interest in the properties, shall be signed by the petitioner under
6  penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest
7  in the forfeited properties and any additional facts supporting the petitioner's claim and the relief
8  sought.

9      6.    The United States may also, to the extent practicable, provide direct written notice
10 to any person known to have alleged an interest in the properties that is the subject of the
11 Preliminary Order of Criminal Forfeiture, as a substitute for published notice as to those persons
12 so notified.

13     7.    Upon adjudication of all third-party interests, this Court will enter an Amended
14 Order of Forfeiture pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

15 DATED:

_____
LARRY A. BURNS, Judge
United States District Court